[No. 54506-0-I.   Division One.   March 21, 2005.]

NEIL C. HAMMONS, *Respondent*, v. DARLIN' BOUDREAU MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-06939-6, Deborah D. Fleck, J., entered June 21, 2004. *Remanded* by unpublished per curiam opinion.

[No. 54887-5-I.   Division One.   March 21, 2005.]

RAMON J. DYSERT, *Appellant*, v. AIRBORNE EXPRESS, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 03-2-22702-1, Anthony P. Wartnik, J., entered April 19 and 23, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55327-5-I.   Division One.   March 21, 2005.]

*In the Matter of the Dependency of* K.L.J.

PAMELA TIRZAH IDAHOSA, *as Guardian, Petitioner*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 98-7-00375-6, Patricia H. Clark, J., entered November 29, 2004. *Reversed* by unpublished per curiam opinion.

[No. 30085-1-II.   Division Two.   March 22, 2005.]

COWLITZ STUD COMPANY, *Respondent*, v. DANA CLEVENGER ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lewis County, No. 02-2-00880-0, David R. Draper, J., entered March 6, 2003. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J. Now published at 127 Wn. App. 542.